# United States District Court

**DISTRICT OF**     **DELAWARE**

KEURIG, INCORPORATED

        Plaintiff(s),

V.

KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION, and KRAFT FOODS INC.

        Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    - 0 7 - - 0 1 7

TO: (Name and address of defendant)

    KRAFT FOODS GLOBAL, INC.
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Karen E. Keller, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE  19801

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      JAN 0 9 2007

CLERK                                                                         DATE

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/11/07 |
| NAME OF SERVER (PRINT) MARSHAL MANLOVE | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Kraft Foods Global, Inc by serving its registered agent, The Corporation Trust Co, at 1209 Orange St, Wilm DE 19801 at 9:10AM Person Accepting Service: Scott Lascala

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/11/07
            Date

Signature of Server: *Marshal Manlove*

Address of Server: 230 N Market St, Wilm DE 19801

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.