IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-17 (GMS) |
| | ) |
| KRAFT FOODS GLOBAL INC., | ) **JURY TRIAL DEMANDED** |
| TASSIMO CORPORATION, and | ) |
| KRAFT FOODS INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

The parties, by their undersigned attorneys, hereby stipulate and agree:

WHEREAS the plaintiff Keurig Incorporated ("Keurig") filed a complaint in the above-captioned Court against defendants Kraft Foods Global Inc., Tassimo Corporation, and Kraft Foods Inc. (collectively "Defendants") on January 10, 2007;

WHEREAS Kraft has requested that Keurig agree to extend the time for Defendants to answer or otherwise respond to Keurig's complaint;

WHEREAS the parties believe good cause exists to extend the time for Defendants to answer or otherwise respond to Keurig's complaint because Defendants have recently retained counsel, who need additional time to review the issues raised in the complaint; and

WHEREAS Keurig has agreed to extend the time for Defendants to answer or otherwise respond to Keurig's complaint until and including February 28, 2007;

IT IS HEREBY STIPULATED AND AGREED by and between Keurig and Defendants, through their respective counsel, that the time for Defendants to answer or otherwise respond to Keurig's complaint shall be extended until and including February 28, 2007.

| YOUNG CONAWAY STARGATT & TAYLOR | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Karen E. Keller<br>Karen Elizabeth Keller (# 4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE  19899-0391<br>Tel: (302) 571-6600<br>kkeller@ycst.com<br><br>*Attorneys for Plaintiff* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19899-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants* |

31118/774671

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Honorable Gregory M. Sleet