IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>      Defendants. | Civil Action No. 07-017-GMS<br><br>**JURY TRIAL DEMANDED** |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Laura Topper of Wolf, Greenfield & Sacks, P.C. to represent plaintiff Keurig, Incorporated in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

OF COUNSEL:

Michael A. Albert
Michael N. Rader
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000

John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

Dated: May 22, 2007

*Attorneys for Plaintiff Keurig, Incorporated*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this ___ day of May 2007, that counsel's motion for admission pro hac vice of Laura Topper of Wolf, Greenfield & Sacks, P.C. is granted.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 22, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>*rhorwitz@potteranderson.com*
>David E. Moore, Esquire
>*dmoore@potteranderson.com*
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street, 6th Floor
>Wilmington, Delaware 19801

Additionally, I hereby certify that on May 22, 2007, copies of the foregoing document were served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated below:

### BY E-MAIL

>David Schlitz, Esquire
>*david.schlitz@bakerbotts.com*
>Baker Botts L.L.P
>The Warner
>1299 Pennsylvania Ave., NW
>Washington, D.C. 20004-2400.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Karen E. Keller (No. 4489)
>*kkeller@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>302-571-6600
>
>*Attorneys for Plaintiff Keurig, Incorporated*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

*/s/ Laura Topper*
Laura Topper
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

Date: May 15, 2007

1174550.1