IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION, and KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07-017 GMS |

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff Keurig, Incorporated hereby certifies the copies of the following documents were caused to be served on June 6, 2007, upon the following attorneys of record at the following addresses as indicated: *(1) Keurig, Inc.'s First Set of Interrogatories to Defendant Kraft Foods Global, Inc., (2) Keurig, Inc.'s First Set of Requests for Production of Documents to Kraft Foods Inc., (3) Keurig, Inc.'s First Set of Requests for Production of Documents to Kraft Foods Global, Inc., (4) Keurig, Inc.'s First Set of Interrogatories to Defendant Tassimo Corporation, (5) Keurig, Inc.'s First Set of Requests for Production of Documents to Tassimo Corporation.*

### HAND DELIVERY

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

**BY E-MAIL**

David Schlitz, Esquire
*david.schlitz@bakerbotts.com*
Baker Botts L.L.P
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

PLEASE TAKE FURTHER NOTICE that on June 7, 2007, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

Richard L. Horwitz, Esquire
rhorwitz@potteranderson.com
David E. Moore, Esquire
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

I further certify that on June 7, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

David Schiltz, Esquire
David.schiltz@bakerbotts.com
Baker Botts L.L.P
The Warner
Washington, D.C. 20004-2400

*[signature]*
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Dated: June 7, 2007