IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07-017 GMS |

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff Keurig, Incorporated hereby certifies the copies of the following documents were caused to be served on July 5, 2007, upon the following attorneys of record at the following addresses as indicated: *(1) Keurig, Incorporated's Response to Defendants' (Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc.) First Set of Joint Interrogatories and (2) Keurig, Incorporated's Response to Defendants' (Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc.) First Set of Joint Requests for Production of Documents.*

### HAND DELIVERY AND E-MAIL

Richard L. Horwitz, Esquire
rhorwitz@potteranderson.com
David E. Moore, Esquire
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

**BY E-MAIL**

David Schlitz, Esquire
*david.schlitz@bakerbotts.com*
Baker Botts L.L.P
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

PLEASE TAKE FURTHER NOTICE that on July 5, 2007, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

> Richard L. Horwitz, Esquire
> rhorwitz@potteranderson.com
> David E. Moore, Esquire
> dmoore@potteranderson.com
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street, 6th Floor
> Wilmington, Delaware  19801

I further certify that on July 5, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

David Schiltz, Esquire
David.schiltz@bakerbotts.com
Baker Botts L.L.P
The Warner
Washington, D.C. 20004-2400


                                              /s/ Karen E. Keller
                                              John W. Shaw (No. 3362)
                                              jshaw@ycst.com
                                              Karen E. Keller (No. 4489)
                                              kkeller@ycst.com
                                              YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                              The Brandywine Building
                                              1000 West Street, 17th Floor
                                              Wilmington, DE 19801
                                              (302) 571-6600

Dated: July 5, 2007