IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>            Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>            Defendants. | Civil Action No. 07-017 GMS |

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff Keurig, Incorporated hereby certifies that true and correct copies of Keurig, Incorporated's Initial Disclosures were caused to be served on July 6, 2007, upon the following attorneys of record at the following addresses as indicated:

### HAND DELIVERY AND EMAIL

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

### BY E-MAIL

David Schlitz, Esquire
*david.schlitz@bakerbotts.com*
Baker Botts L.L.P
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

DB02:6105431.1

065927.1001

PLEASE TAKE FURTHER NOTICE that on July 6, 2007, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>Richard L. Horwitz, Esquire
>rhorwitz@potteranderson.com
>David E. Moore, Esquire
>dmoore@potteranderson.com
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street, 6th Floor
>Wilmington, Delaware 19801

I further certify that on July 6, 2007, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

David Schiltz, Esquire
David.schiltz@bakerbotts.com
Baker Botts L.L.P
The Warner
Washington, D.C. 20004-2400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
kkeller@ycst.com

Dated: July 6, 2007

DB02:6105431.1                                                                 065927.1001