IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-17 (GMS) |
| | ) |
| KRAFT FOODS GLOBAL, INC., | ) **JURY TRIAL DEMANDED** |
| TASSIMO CORPORATION, and | ) |
| KRAFT FOODS INC., | ) |
| | ) |
| Defendants | ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc.'s ("Defendants"), hereby certifies that copies of the following document was caused to be served on July 6, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION, AND KRAFT FOODS INC.'S RULE 26(a) INITIAL DISCLOSURES

**VIA HAND DELIVERY**

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com
kkeller@ycst.com

**VIA ELECTRONIC MAIL**

Michael A. Albert
Michael N. Rader
Laura Topper
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
ltopper@wolfgreenfield.com

                                    POTTER ANDERSON & CORROON LLP

OF COUNSEL                           By: */s/ Kenneth L. Dorsney*
                                             Richard L. Horwitz (#2246)

David M. Schlitz                     Kenneth L. Dorsney (#3726)
William S. Foster, Jr.             Hercules Plaza, 6th Floor
C. John Brown                      1313 North Market Street
BAKER BOTTS L.L.P.          P.O. Box 951
1299 Pennsylvania Ave., N.W.   Wilmington, DE 19899-0951
Washington, D.C. 20004-2400    Tel: 302-984-6169
Tel. 202-639-7700               rhorwitz@potteranderson.com
                                            kdorsney@potteranderson.com

Dated: July 6, 2007             *Attorneys for Defendants*
805687 / 31118                       *Kraft Foods Global, Inc., Tassimo Corporation,*
                                          *and Kraft Foods Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on July 6, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 6, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com<br>kkeller@ycst.com | Michael A. Albert<br>Michael N. Rader<br>Laura Topper<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>malbert@wolfgreenfield.com<br>mrader@wolfgreenfield.com<br>ltopper@wolfgreenfield.com |

By: */s/ Kenneth L. Dorsney*
    Richard L. Horwitz
    Kenneth L. Dorsney
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

805682 / 31118