IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-17 (GMS) |
| | ) |
| KRAFT FOODS GLOBAL, INC., | ) **JURY TRIAL DEMANDED** |
| TASSIMO CORPORATION, and | ) |
| KRAFT FOODS INC., | ) |
| | ) |
| Defendants | ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc. ("Defendants"), hereby certifies that copies of the following document were caused to be served on July 16, 2007, upon the following attorneys of record at the following addresses as indicated:

    KRAFT FOODS GLOBAL, INC.'S RESPONSES TO KEURIG'S FIRST SET OF
    INTERROGATORIES TO DEFENDANT KRAFT FOODS GLOBAL, INC. (NOS. 1-17)

    TASSIMO CORPORATION'S RESPONSES TO KEURIG'S FIRST SET OF
    INTERROGATORIES TO DEFENDANT TASSIMO CORPORATION (NOS. 1-17)

    KRAFT FOOD INC.'S RESPONSES TO KEURIG'S FIRST SET OF
    INTERROGATORIES TO DEFENDANT KRAFT FOOD INC. (NOS. 1-17)

**VIA HAND DELIVERY**

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com
kkeller@ycst.com

**VIA ELECTRONIC MAIL**

Michael A. Albert
Michael N. Rader
Laura Topper
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
ltopper@wolfgreenfield.com

                                             POTTER ANDERSON & CORROON LLP

OF COUNSEL                             By:  */s/ Richard L. Horwitz*
                                                   Richard L. Horwitz (#2246)
David M. Schlitz                       Kenneth L. Dorsney (#3726)
William S. Foster, Jr.                Hercules Plaza, 6th Floor
C. John Brown                          1313 North Market Street
BAKER BOTTS L.L.P.              P.O. Box 951
1299 Pennsylvania Ave., N.W.     Wilmington, DE 19899-0951
Washington, D.C. 20004-2400      Tel: 302-984-6169
Tel. 202-639-7700                    rhorwitz@potteranderson.com
                                                   kdorsney@potteranderson.com

Dated: July 16, 2007               *Attorneys for Defendants*
807340 / 31118                            *Kraft Foods Global, Inc., Tassimo Corporation,*
                                                    *and Kraft Foods Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on July 16, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 16, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com<br>kkeller@ycst.com | Michael A. Albert<br>Michael N. Rader<br>Laura Topper<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>malbert@wolfgreenfield.com<br>mrader@wolfgreenfield.com<br>ltopper@wolfgreenfield.com |

By: /s/ Richard L. Horwitz
    Richard L. Horwitz
    Kenneth L. Dorsney
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

805682 / 31118