IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) C. A. No. 07-17 (GMS)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc. ("Defendants"), hereby certifies that copies of the following document were caused to be served on August 13, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS TASSIMO CORPORATION, KRAFT FOODS INC. AND KRAFT FOODS GLOBAL, INC.'S JOINT RESPONSE TO KEURIG'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NO. 51)

**VIA HAND DELIVERY**

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com
kkeller@ycst.com

**VIA ELECTRONIC MAIL**

Michael A. Albert
Michael N. Rader
Laura Topper
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
ltopper@wolfgreenfield.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL

David M. Schlitz
William S. Foster, Jr.
C. John Brown
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Tel. 202-639-7700

By: */s/ Kenneth L. Dorsney*
　　Richard L. Horwitz (#2246)
　　Kenneth L. Dorsney (#3726)
　　Hercules Plaza, 6th Floor
　　1313 North Market Street
　　P.O. Box 951
　　Wilmington, DE 19899-0951
　　Tel: 302-984-6169
　　rhorwitz@potteranderson.com
　　kdorsney@potteranderson.com

Dated: August 13, 2007
812139 / 31118

*Attorneys for Defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on August 13, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 13, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com<br>kkeller@ycst.com | Michael A. Albert<br>Michael N. Rader<br>Laura Topper<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>malbert@wolfgreenfield.com<br>mrader@wolfgreenfield.com<br>ltopper@wolfgreenfield.com |

By: /s/ Kenneth L. Dorsney
    Richard L. Horwitz
    Kenneth L. Dorsney
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

805682 / 31118