IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>    Plaintiff,<br><br>            v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>    Defendants. | Civil Action No. 07-017 (GMS) |

**STIPULATION AND ORDER**
**REGARDING EXPERT DISCOVERY**

The plaintiff and defendants in this litigation anticipate that a number of experts will be preparing reports and testifying and therefore, in order to efficiently manage the expert discovery, the parties agree as follows, subject to the approval of the Court:

1.    No drafts of expert reports need be produced.

2.    Along with the expert report, or within a reasonable time thereafter, the expert will be required to produce to the opposing side copies of all documents and information that were relied upon in preparing the expert's final report.  Documents not relied upon by the expert need not be produced.

3.    Discovery or questioning of expert witnesses shall not extend to the production of documents, oral examination, or any other form of inquiry concerning:

(a)    drafts, notes, or other prior work product prepared in this case and abandoned (i.e., not being relied upon by the expert), or

(b)     communications to or from or in the presence of an attorney for the party expecting to call the expert witness, unless the expert is relying upon the communication as part of the basis for his or her expert testimony.

4.     The deposition of each expert shall not exceed seven (7) hours, exclusive of breaks.

5.     Nothing in this Stipulation and Order shall be construed to limit the discovery or examination of expert witnesses concerning the basis for an expert's final opinions or the documents or other information considered in rendering that final opinion.

6.     Until such time as this Stipulation and Order has been signed by the Court, the parties agree that upon execution by all parties, it will be treated as though it had been ordered by the Court.

_/s/ Karen L. Keller_____

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
kkeller@ycst.com

Michael A. Albert
Michael N. Rader
Laura Topper
Gerald B. Hrycyszyn
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
malbert@wolfgreenfield.com

_Attorneys for Plaintiff Keurig,
Incorporated_

___/s/ Richard L. Horwitz_____

Richard L. Horwitz (No. 2246)
Kenneth L. Dorsney (No. 3726)
POTTER ANDERSON &
CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com

David M. Schlitz
William S. Foster, Jr.
C. John Brown
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
(202) 639-7700
david.schlitz@bakerbotts.com

_Attorneys for Tassimo Corporation, Kraft
Foods Global, Inc. and Kraft Foods Inc._

## ORDER

IT IS SO ORDERED this _____ day of  January, 2008.

_____
United States District Court Judge