IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEURIG, INCORPORATED,

Plaintiff,

v.

KRAFT FOODS GLOBAL, INC.,
TASSIMO CORPORATION, and
KRAFT FOODS INC.,

Defendants.

Civil Action No. 07-017 - GMS

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 25, 2008, true and correct copies of *(1)*

*Keurig, Inc.'s Third Set of Requests for Production of Documents to Tassimo Corp., Kraft Foods*

*Inc. and Kraft Foods Global, Inc; (2) Keurig's Second Set of Interrogatories to Defendant Kraft*

*Foods Inc; (3)Keurig's Second Set of Interrogatories to Defendant Kraft Foods Global, Inc; (4)*

*Keurig's Second Set of Interrogatories to Defendant Tassimo Corp;* and *(5)* this *Notice of*

*Service*, were served upon the following counsel of record as indicated:

## HAND DELIVERY AND E-MAIL

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

**BY E-MAIL**

David Schlitz, Esquire
*david.schlitz@bakerbotts.com*
Baker Botts L.L.P
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

PLEASE TAKE FURTHER NOTICE that on January 25, 2008, this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of

record:

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware  19801

YOUNG CONAWAY STARGATT  & TAYLOR, LLP

                    */s/ Karen E. Keller*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Dated:  January 25, 2008