IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07-017 (GMS) |

**STIPULATION AND PROPOSED ORDER**
**FOR AMENDMENT OF THE SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for the parties, and subject to the approval of the Court, that because of the

amount of discovery, need for both depositions here abroad and scheduling difficulties,

the Scheduling Order dated July 17, 2007 (D.I. 34) shall be amended as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Opening Expert Reports | February 1, 2008 | April 8, 2008 |
| Answering Expert Reports | March 3, 2008 | May 6, 2008 |
| Close of Expert Discovery | April 1, 2008 | May 20, 2008 |

All remaining dates in the Scheduling Order (D.I. 34) remain in full force and

effect.

/s/ *Karen E. Keller*
_____

John W. Shaw (No. 3362)

Karen E. Keller (No. 4489)

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

The Brandywine Building

1000 West Street, 17th Floor

Wilmington, DE  19801

(302) 571-6600

kkeller@ycst.com


Michael A. Albert

Michael N. Rader

Laura Topper

Gerald B. Hrycyszyn

WOLF, GREENFIELD & SACKS, P.C.

600 Atlantic Avenue

Boston, MA 02210

(617) 646-8000

malbert@wolfgreenfield.com

*Attorneys for Plaintiff Keurig,
Incorporated*

/s/ *Richard L. Horwitz*
_____

Richard L. Horwitz (No. 2246)

Kenneth L. Dorsney (No. 3726)

POTTER ANDERSON &
CORROON LLP

Hercules Plaza, 6th Floor

1313 N. Market Street

Wilmington, DE  19801

(302) 984-6000

rhorwitz@potteranderson.com


David M. Schlitz

William S. Foster, Jr.

C. John Brown

BAKER BOTTS L.L.P.

1299 Pennsylvania Ave., N.W.

Washington, D.C. 20004-2400

(202) 639-7700

david.schlitz@bakerbotts.com

*Attorneys for Tassimo Corporation, Kraft
Foods Global, Inc. and Kraft Foods Inc.*


## ORDER

IT IS SO ORDERED this _____ day of  February, 2008.


_____

United States District Court Judge