IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION, and KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07 - 017 - GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on February 13, 2008 true and correct copies of the: *(1) Notice of Deposition of Janice Appleton; (2) Notice of Deposition of Lee Rowan; (3) Notice of Deposition of Andrew Halliday; (4) Notice of Deposition of Adam Lloyd; (5) Notice of Deposition of Alistair MacMahon;* and the *(6) Notice of Deposition of Andrew Bentley* were served upon the following counsel of record as indicated:

### FIRST-CLASS MAIL

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

DB02:6531270.1                                                                                                 065927.1001

**BY E-MAIL AND FIRST-CLASS MAIL**

David Schlitz, Esquire
*david.schlitz@bakerbotts.com*
William S. Foster, Jr., Esquire
*william.foster@bakerbotts.com*
Baker Botts L.L.P
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

PLEASE TAKE FURTHER NOTICE that on February 21, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Dated: February 21, 2008