IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>   Plaintiff,<br><br>  v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>   Defendants | )<br>)<br>)<br>)<br>) C.A. No. 07-17 (GMS)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc. ("Defendants"), hereby certifies that copies of the following document were caused to be served on February 25, 2008, upon the following attorneys of record at the following addresses as indicated:

  DEFENDANTS KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION, AND KRAFT FOODS INC.'S RESPONSE TO KEURIG'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 52-58)

  KRAFT FOODS INC.'S RESPONSES TO KEURIG'S SECOND SET OF INTERROGATORIES TO DEFENDANT KRAFT FOODS INC. (NOS. 18-24)

  KRAFT FOODS GLOBAL, INC.'S RESPONSES TO KEURIG'S SECOND SET OF INTERROGATORIES TO DEFENDANT KRAFT FOODS GLOBAL, INC. (NOS. 18-24)

  TASSIMO CORPORATION'S RESPONSES TO KEURIG'S SECOND SET OF INTERROGATORIES TO DEFENDANT TASSIMO CORPORATION (NOS. 18-24)

**VIA HAND DELIVERY & ELECTRONIC MAIL**

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com
kkeller@ycst.com

**VIA ELECTRONIC MAIL**

Michael A. Albert
Michael N. Rader
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL | By: /s/ David E. Moore |
|  | Richard L. Horwitz (#2246) |
| David M. Schlitz | David E. Moore (#3983) |
| William S. Foster, Jr. | Hercules Plaza, 6th Floor |
| C. John Brown | 1313 North Market Street |
| BAKER BOTTS L.L.P. | P.O. Box 951 |
| 1299 Pennsylvania Ave., N.W. | Wilmington, DE  19899-0951 |
| Washington, D.C. 20004-2400 | Tel:  302-984-6169 |
| Tel.  202-639-7700 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated:  February 25, 2008 | *Attorneys for Defendants Kraft Foods Global, Inc.,* |
| 850690 / 31118 | *Tassimo Corporation, and Kraft Foods Inc.* |

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 25, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 25, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com<br>kkeller@ycst.com | Michael A. Albert<br>Michael N. Rader<br>Laura Topper<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>malbert@wolfgreenfield.com<br>mrader@wolfgreenfield.com<br>ltopper@wolfgreenfield.com |

By:  /s/ David E. Moore
  Richard L. Horwitz
  David E. Moore
  Potter Anderson & Corroon LLP
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  P.O. Box 951
  Wilmington, DE 19899-0951
  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

805682 / 31118