IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>      Defendants | )<br>)<br>)<br>)<br>)  C.A. No. 07-17 (GMS)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc. ("Defendants"), hereby certifies that copies of the following document were caused to be served on February 26, 2008, upon the following attorneys of record at the following addresses as indicated:

    KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION, AND
    KRAFT FOODS INC.'S AMENDED INITIAL DISCLOSURES

**VIA HAND DELIVERY & ELECTRONIC MAIL**

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com
kkeller@ycst.com

**VIA ELECTRONIC MAIL**

Michael A. Albert
Michael N. Rader
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com

                              POTTER ANDERSON & CORROON LLP

OF COUNSEL                    By:  /s/ David E. Moore
                                          Richard L. Horwitz (#2246)
David M. Schlitz                  David E. Moore (#3983)
William S. Foster, Jr.              Hercules Plaza, 6th Floor
C. John Brown                    1313 North Market Street
BAKER BOTTS L.L.P.          P.O. Box 951
1299 Pennsylvania Ave., N.W.   Wilmington, DE 19899-0951
Washington, D.C. 20004-2400    Tel: 302-984-6169
Tel. 202-639-7700               rhorwitz@potteranderson.com
                                          dmoore@potteranderson.com

Dated: February 26, 2008       *Attorneys for Defendants Kraft Foods Global, Inc.,*
850882 / 31118                          *Tassimo Corporation, and Kraft Foods Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 26, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 26, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw | Michael A. Albert |
| Karen E. Keller | Michael N. Rader |
| Young Conaway Stargatt & Taylor | Laura Topper |
| The Brandywine Building | Wolf, Greenfield & Sacks, P.C. |
| 1000 West Street, 17th Floor | 600 Atlantic Avenue |
| P. O. Box 391 | Boston, MA 02210 |
| Wilmington, DE 19899-0391 | malbert@wolfgreenfield.com |
| jshaw@ycst.com | mrader@wolfgreenfield.com |
| kkeller@ycst.com | ltopper@wolfgreenfield.com |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

805682 / 31118