IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>       Plaintiff,<br><br>    v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 07-17 (GMS)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NOTICE OF ORAL DEPOSITION OF GERALDINE A. GRETO

PLEASE TAKE NOTICE that Defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc., pursuant to Fed. R. Civ. P. 30, shall take the oral deposition of Geraldine A. Greto, as a person identified as a witness whose testimony may be presented at trial.

This deposition will take place on March 5, 2008, at 2:00 p.m. (local time), until completed, at Kraft Food's offices located at 555 S. Broadway, Tarrytown, New York, 10591, before a person authorized by law to administer oaths pursuant to Fed. R. Civ. P. 28(a). The deposition shall be recorded by stenographic means and may also be videotaped. You are invited to attend and exercise your rights under the Federal Rules of Civil Procedure.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL | By: */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| David M. Schlitz | David E. Moore (#3983) |
| William S. Foster, Jr. | Hercules Plaza, 6th Floor |
| C. John Brown | 1313 North Market Street |
| BAKER BOTTS L.L.P. | P.O. Box 951 |
| 1299 Pennsylvania Ave., N.W. | Wilmington, DE 19899-0951 |
| Washington, D.C. 20004-2400 | Tel: 302-984-6169 |
| Tel. 202-639-7700 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated: February 26, 2008 | *Attorneys for Defendants* |
| 850862 / 31118 | *Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 26, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 26, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com<br>kkeller@ycst.com | Michael A. Albert<br>Michael N. Rader<br>Laura Topper<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>malbert@wolfgreenfield.com<br>mrader@wolfgreenfield.com<br>ltopper@wolfgreenfield.com |

By:  /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

805682 / 31118