IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION, and KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07-017 - GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on February 29, 2008, true and correct copies of *(1) Keurig's Third Set of Interrogatories to Defendant Kraft Foods Global, Inc., (2)Keurig's Third Set of Interrogatories to Defendant Kraft Foods Inc., (3)Keurig's First Set of Requests for Admission to Defendants Tassimo Corp., Kraft Foods Inc. and Kraft Foods Global, Inc., (4) Keurig's Third Set of Interrogatories to Defendant Tassmio Corporation;* and *(5)* this *Notice of Service*, were served upon the following counsel of record as indicated:

### HAND DELIVERY AND E-MAIL

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

<u>**BY E-MAIL**</u>

David Schlitz, Esquire
*david.schlitz@bakerbotts.com*
Baker Botts L.L.P
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

PLEASE TAKE FURTHER NOTICE that on March 3, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Dated: March 3, 2008

DB02:6623250.1                                                                                              065927.1001