IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07-017 GMS |

## NOTICE OF SERVICE

I, Titania Mack Parker, hereby certify that on the 10th day of March, 2008, I caused to be served upon the following counsel in the matter indicated a copy of this Notice and Non-Party BSH Home Appliances Corporation's Objections To Subpoena Issued By Plaintiff Keurig, Incorporated.

**VIA HAND**

John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Michael Rader, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

DATED: March 10, 2008

GREENBERG TRAURIG, LLP

By ___*Titania Parker*___
Kelly A. Terribile (#3638)
*terribilek@gtlaw.com*
Titania Mack Parker (#4120)
*parkertm@gtlaw.com*
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

*Attorneys for Non-Party BSH Home Appliances Corporation*

OF COUNSEL:

Jennifer B. Moore, Esq.
GREENBERG TRAURIG, LLP
The Forum
3290 Northside Parkway, Suite 400
Atlanta, GA 30327
(678) 553-2100