IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07-017-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on March 28, 2008, true and correct copies of

1) *Notice of Deposition of Hubert Weber;* 2) *Notice of Deposition of Andrew Bentley;* and

3) *Rule 30(b)(6) Notice of Deposition to Defendants Kraft Foods Global, Inc., Tassimo Corporation and Kraft Foods Inc.* was served upon the following counsel of record as indicated:

### BY FIRST CLASS MAIL

Richard L. Horwitz, Esquire
rhorwitz@potteranderson.com
David E. Moore, Esquire
dmoore@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

**BY E-MAIL AND FIRST CLASS MAIL**

David Schlitz, Esquire
*david.schlitz@bakerbotts.com*
William S. Foster, Jr., Esquire
*william.foster@bakerbotts.com*
Baker Botts L.L.P
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

PLEASE TAKE FURTHER NOTICE that on March 31, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

In addition, copies of the foregoing document are being served by e-mail on the above listed counsel and on the following non-registered participants as indicated below:

**BY E-MAIL**

David Schlitz, Esquire
*david.schlitz@bakerbotts.com*
William S. Foster, Jr., Esquire
*william.foster@bakerbotts.com*
Baker Botts L.L.P
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

2

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    */s/ Karen E. Keller*
                                    John W. Shaw (No. 3362)
                                    *jshaw@ycst.com*
                                    Karen E. Keller (No. 4489)
                                    *kkeller@ycst.com*
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, DE 19801
                                    (302) 571-6600

Dated: March 31, 2008               Attorneys for Plaintiff