IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-17 (GMS) |
| ) | |
| KRAFT FOODS GLOBAL, INC., ) | **JURY TRIAL DEMANDED** |
| TASSIMO CORPORATION, and ) | |
| KRAFT FOODS INC., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc. hereby certifies that copies of the following document were caused to be served on March 31, 2008, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION,
AND KRAFT FOODS INC.'S RESPONSE TO KEURIG'S FIRST SET OF
REQUESTS FOR ADMISSION

## VIA HAND DELIVERY & ELECTRONIC MAIL

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com
kkeller@ycst.com

**VIA ELECTRONIC MAIL**

Michael A. Albert
Michael N. Rader
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL | By: /s/ David E. Moore |
|  | Richard L. Horwitz (#2246) |
| David M. Schlitz | David E. Moore (#3983) |
| William S. Foster, Jr. | Hercules Plaza, 6th Floor |
| C. John Brown | 1313 North Market Street |
| BAKER BOTTS L.L.P. | P.O. Box 951 |
| 1299 Pennsylvania Ave., N.W. | Wilmington, DE 19899-0951 |
| Washington, D.C. 20004-2400 | Tel: 302-984-6169 |
| Tel. 202-639-7700 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |

Dated: March 31, 2008                     *Attorneys for Defendants Kraft Foods Global, Inc.,*
858121 / 31118                                  *Tassimo Corporation, and Kraft Foods Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 31, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 31, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw | Michael A. Albert |
| Karen E. Keller | Michael N. Rader |
| Young Conaway Stargatt & Taylor | Laura Topper |
| The Brandywine Building | Wolf, Greenfield & Sacks, P.C. |
| 1000 West Street, 17th Floor | 600 Atlantic Avenue |
| P. O. Box 391 | Boston, MA  02210 |
| Wilmington, DE  19899-0391 | malbert@wolfgreenfield.com |
| jshaw@ycst.com | mrader@wolfgreenfield.com |
| kkeller@ycst.com | ltopper@wolfgreenfield.com |

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

805682 / 31118