IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07-017-GMS |

## STIPULATION AND PROPOSED ORDER FOR AMENDMENT OF THE SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, and subject to the approval of the Court, that because of discovery issues both parties request a one-week extension to serve their expert reports.

Plaintiff, with the assent of Defendants, requests a one-week extension of the deadline for serving its opening expert report on damages because Defendants are currently in the midst of locating and producing certain financial data responsive to Plaintiffs' discovery requests that will be addressed in Plaintiff's damages expert's report. Counsel for the parties are working cooperatively to efficiently manage the final phase of this written discovery as it relates to expert reports.

Defendant, with the assent of Plaintiff, requests a one-week extension to serve its technical expert reports because overseas technical fact discovery was just completed and an additional week is needed to complete the reports.

The parties agree that all expert reports should be kept on the same schedule, and accordingly propose that the Scheduling Order dated July 17, 2007 (D.I. 34) and amended on March 5, 2008 (D.I. 58) shall be amended as follows:

| EVENT | ORIGINAL DATE | CURRENT DATE | PROPOSED DATE |
|---|---|---|---|
| Opening Expert Reports | February 1, 2008 | April 8, 2008 | April 15, 2008 |
| Answering Expert Reports | March 3, 2008 | May 6, 2008 | May 13, 2008 |
| Close of Expert Discovery | April 1, 2008 | May 20, 2008 | May 27, 2008 |

All remaining dates in the Scheduling Order (D.I. 34), including those for summary judgment letter briefing, remain in full force and effect.

/s/ Karen E. Keller

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

Michael A. Albert
Michael N. Rader
Laura Topper
Gerald B. Hrycyszyn
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
malbert@wolfgreenfield.com

*Attorneys for Plaintiff Keurig, Incorporated*

/s/ Richard L. Horwitz

Richard L. Horwitz (No. 2246)
David E. Moore (No. 3983)
POTTER ANDERSON &
CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com

David M. Schlitz
William S. Foster, Jr.
C. John Brown
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
(202) 639-7700
david.schlitz@bakerbotts.com

*Attorneys for Tassimo Corporation, Kraft Foods Global, Inc. and Kraft Foods Inc.*

## ORDER

IT IS SO ORDERED this _____ day of April, 2008.

_____
United States District Court Judge