IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED, | ) |
|        Plaintiff, | ) |
| v. | ) C.A. No. 07-17 (GMS) |
| KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION, and KRAFT FOODS INC., | ) **JURY TRIAL DEMANDED** |
|        Defendants. | ) |

### ORDER

Having considered the Kraft Defendants' Motion for Leave to Amend, it is hereby ORDERED, this _____ day of _____, 2008 that the Motion is GRANTED. Exhibits A, C, and E to the Kraft Defendants' Motion are deemed filed and served as of the date of this Order.

_____
The Honorable Gregory M. Sleet