IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>  Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 07-17 (GMS)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc. ("Defendants"), hereby certifies that copies of the following document were caused to be served on April 15, 2008, upon the following attorneys of record at the following addresses as indicated:

EXPERT WITNESS REPORT OF MALCOLM E. TAYLOR

**VIA ELECTRONIC MAIL**

Michael A. Albert
Michael N. Rader
Charles Steenburg
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
Charles.Steenburg@wolfgreenfield.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL | By: /s/ David E. Moore |
|  | Richard L. Horwitz (#2246) |
| David M. Schlitz | David E. Moore (#3983) |
| William S. Foster, Jr. | Hercules Plaza, 6th Floor |
| C. John Brown | 1313 North Market Street |
| BAKER BOTTS L.L.P. | P.O. Box 951 |
| 1299 Pennsylvania Ave., N.W. | Wilmington, DE 19899-0951 |
| Washington, D.C. 20004-2400 | Tel: 302-984-6169 |
| Tel. 202-639-7700 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated: April 16, 2008 | *Attorneys for Defendants* |
| 860441 / 31118 | *Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 16, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 16, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw | Michael A. Albert |
| Karen E. Keller | Michael N. Rader |
| Young Conaway Stargatt & Taylor | Laura Topper |
| The Brandywine Building | Wolf, Greenfield & Sacks, P.C. |
| 1000 West Street, 17th Floor | 600 Atlantic Avenue |
| P. O. Box 391 | Boston, MA 02210 |
| Wilmington, DE 19899-0391 | malbert@wolfgreenfield.com |
| jshaw@ycst.com | mrader@wolfgreenfield.com |
| kkeller@ycst.com | ltopper@wolfgreenfield.com |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

805682 / 31118