IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>        Plaintiff,<br><br>        v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-17 (GMS)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc. ("Defendants"), hereby certifies that copies of the following document were caused to be served on May 13, 2008, upon the following attorneys of record at the following addresses as indicated:

REBUTTAL EXPERT WITNESS REPORT OF MALCOLM E. TAYLOR

**VIA HAND DELIVERY & ELECTRONIC MAIL**

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com
kkeller@ycst.com

**VIA ELECTRONIC MAIL**

Michael A. Albert
Michael N. Rader
Laura Topper
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
ltopper@wolfgreenfield.com

                                          POTTER ANDERSON & CORROON LLP

OF COUNSEL                              By: */s/ David E. Moore*
                                                 Richard L. Horwitz (#2246)
David M. Schlitz                       David E. Moore (#3983)
William S. Foster, Jr.             Hercules Plaza, 6th Floor
C. John Brown                         1313 North Market Street
BAKER BOTTS L.L.P.            P.O. Box 951
1299 Pennsylvania Ave., N.W.   Wilmington, DE 19899-0951
Washington, D.C. 20004-2400    Tel: 302-984-6169
Tel. 202-639-7700                 rhorwitz@potteranderson.com
                                                 dmoore@potteranderson.com

Dated: May 13, 2008             *Attorneys for Defendants*
864352 / 31118                            *Kraft Foods Global, Inc., Tassimo*
                                               *Corporation, and Kraft Foods Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 13, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 13, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com<br>kkeller@ycst.com | Michael A. Albert<br>Michael N. Rader<br>Laura Topper<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>malbert@wolfgreenfield.com<br>mrader@wolfgreenfield.com<br>ltopper@wolfgreenfield.com |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

805682 / 31118