IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07-017-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 13, 2008, copies of: (1) Rule 26(a)(2)(B) Rebuttal Expert Report of Ted Lingle, and (2) Rule 26(a)(2)(B) Rebuttal Expert Report of Professor Alexander Slocum, were served upon the following counsel of record as indicated:

### BY E-MAIL AND FIRST CLASS MAIL

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

>David M. Schlitz, Esquire
>*david.schlitz@bakerbotts.com*
>William S. Foster, Jr., Esquire
>*william.foster@bakerbotts.com*
>Baker Botts L.L.P.
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004-2400

PLEASE TAKE FURTHER NOTICE that on May 14, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>*rhorwitz@potteranderson.com*
>David E. Moore, Esquire
>*dmoore@potteranderson.com*
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street, 6th Floor
>Wilmington, Delaware 19801

Additionally, this Notice of Service was served by electronic mail on the above listed local counsel and by electronic mail on the following counsel:

>David M. Schlitz, Esquire
>*david.schlitz@bakerbotts.com*
>William S. Foster, Jr., Esquire
>*william.foster@bakerbotts.com*
>Baker Botts L.L.P.
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004-2400

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Dated: May 14, 2008

*Attorneys for Plaintiff Keurig Incorporated*

3