IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br>TASSIMO CORPORATION, and<br>KRAFT FOODS INC.,<br><br>Defendants. | Civil Action No. 07-017-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 19, 2008, true and correct copies of First Supplemental Rule 26 Expert Report of Alan Ratliff, CPA/MPA-JD on Behalf of Plaintiff Keurig (with workpaper 16) were served upon the following counsel of record as indicated:

### BY E-MAIL AND FIRST CLASS MAIL

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

David M. Schlitz, Esquire
*david.schlitz@bakerbotts.com*
William S. Foster, Jr., Esquire
*william.foster@bakerbotts.com*
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400

PLEASE TAKE FURTHER NOTICE that on June 19, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard L. Horwitz, Esquire
*rhorwitz@potteranderson.com*
David E. Moore, Esquire
*dmoore@potteranderson.com*
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

Additionally, this Notice of Service was served by electronic mail on the above listed local counsel and by electronic mail on the following counsel:

David M. Schlitz, Esquire
*david.schlitz@bakerbotts.com*
William S. Foster, Jr., Esquire
*william.foster@bakerbotts.com*
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          /s/ Karen E. Keller

                          John W. Shaw (No. 3362)
                          *jshaw@ycst.com*
                          Karen E. Keller (No. 4489)
                          *kkeller@ycst.com*
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, DE 19801
                          (302) 571-6600

Dated: June 19, 2008          *Attorneys for Plaintiff Keurig Incorporated*