IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEURIG, INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-17 (GMS) |
| | ) |
| KRAFT FOODS GLOBAL, INC., | ) **JURY TRIAL DEMANDED** |
| TASSIMO CORPORATION, and | ) |
| KRAFT FOODS INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Kraft Foods Global, Inc., Tassimo Corporation, and Kraft Foods Inc. ("Defendants"), hereby certifies that copies of the following document were caused to be served on July 17, 2008, upon the following attorneys of record at the following addresses as indicated:

> KRAFT FOODS GLOBAL, INC., TASSIMO CORPORATION,
> AND KRAFT FOODS INC.'S THIRD AMENDED INITIAL
> DISCLOSURES

### VIA HAND DELIVERY & ELECTRONIC MAIL

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com
kkeller@ycst.com

2

**VIA ELECTRONIC MAIL**

Michael A. Albert
Michael N. Rader
Laura Topper
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
ltopper@wolfgreenfield.com

                    POTTER ANDERSON & CORROON LLP

OF COUNSEL                     By: */s/ David E. Moore*
                                                Richard L. Horwitz (#2246)
David M. Schlitz                 David E. Moore (#3983)
William S. Foster, Jr.           Hercules Plaza, 6th Floor
C. John Brown                  1313 North Market Street
BAKER BOTTS L.L.P.         P.O. Box 951
1299 Pennsylvania Ave., N.W.   Wilmington, DE 19899-0951
Washington, D.C. 20004-2400    Tel: 302-984-6169
Tel. 202-639-7700             rhorwitz@potteranderson.com
                                               dmoore@potteranderson.com

Dated: July 17, 2008
874800 / 31118

*Attorneys for Defendants*
*Kraft Foods Global, Inc., Tassimo*
*Corporation, and Kraft Foods Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 17, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 17, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw | Michael A. Albert |
| Karen E. Keller | Michael N. Rader |
| Young Conaway Stargatt & Taylor | Laura Topper |
| The Brandywine Building | Gerald B. Hrycyszyn |
| 1000 West Street, 17th Floor | Wolf, Greenfield & Sacks, P.C. |
| P. O. Box 391 | 600 Atlantic Avenue |
| Wilmington, DE 19899-0391 | Boston, MA 02210 |
| jshaw@ycst.com | malbert@wolfgreenfield.com |
| kkeller@ycst.com | mrader@wolfgreenfield.com |
| | ltopper@wolfgreenfield.com |
| | ghrycyszyn@wolfgreenfield.com |

By: /s/ *David E. Moore*
  Richard L. Horwitz
  David E. Moore
  Potter Anderson & Corroon LLP
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  P.O. Box 951
  Wilmington, DE 19899-0951
  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

805682 / 31118